DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00364-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JOHN AND KATINA DUKE,
§
 APPEAL FROM THE 172ND

APPELLANT



V.
§
 JUDICIAL DISTRICT COURT OF


HOMEGUARD PEST 

CONTROL, INC., ET AL,

APPELLEES
§
 JEFFERSON COUNTY, TEXAS






 MEMORANDUM OPINION


PER CURIAM


 Appellant has notified this court that the parties have reached an agreement disposing of all
issues presented for appeal and requests that the appeal be dismissed. All other parties have received
a copy of Appellant's notice. Because Appellant has met the requirements of Tex. R. App. P. 42.1
(a)(2), the motion is granted, and the appeal is dismissed. 

Opinion delivered March 24, 2004.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.







(PUBLISH)